| | Fill in this information to identify the case: |
|---|---|
| Debtor 1 | Terri L Beard-Wilt |
| Debtor 2 (Spouse, if filing) | n/a |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 16-31199-dof |

# Official Form 410S2
# Notice of Post Petition Fees Expenses and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim. See bankruptcy rule 3002.1**

**Name of creditor:** Nationstar Mortgage LLC          **Court claim no.** (if known): **2**

**Last four digits** of any number you use to identify the debtor's account:     **9774**

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: ___ / ___ / ___

### Part 1:  Itemize Post-Petition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney's fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | 08/17/2016 - Proof of Claim | (5) | $350.00 |
| 6. Appraisal/broker's price option fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property preservation expenses. Specify | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and bankruptcy rule 3002.1

| Debtor 1 | Terri L Beard-Wilt | | Case number (if known) | 16-31199-dof |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ ___/s/ Michael P. Hogan_____   Date  01/19/2017
   Signature

**Print:**  Michael P. Hogan   P63074       Title  Bankruptcy Attorney
          First name  Middle Name  Last name

Company   SCHNEIDERMAN & SHERMAN, P.C.

Address   23938 Research Drive, Suite 300
          Number        Street

          Farmington Hills, Michigan 48335
          City          State        Zip Code

Contact phone   248-539-7400        Email: mhogan@sspclegal.com

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 13 |
| | 16-31199-dof |
| Terri L Beard-Wilt | Judge Opperman |

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

      I hereby certify that on the 19th day of January, 2017, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Carl Bekofske | Linda Rawls |
| 400 N. Saginaw Street | 436 S Saginaw St., |
| Suite 331 | Flint, MI 48502 |
| Flint, MI 48502 | |

And I hereby certify that I have mailed by United States Postal Service the notice to the following non-ECF participants:

Terri L Beard-Wilt
2418 WILLOWDALE DRIVE
BURTON. MI 48509

Execution on: 01/19/17

                                               By: /S/ Michael P. Hogan
                                               Michael P. Hogan P63074
                                               mhogan@sspclegal.com
                                               Attorney for Nationstar Mortgage LLC
                                               23938 Research Drive, Suite 300
                                               Farmington Hills, Michigan 48335
                                               248-539-7400